ORIGINAL

JOHN HARRIS PAER    #1551-0
41 B Kepola Place
Honolulu, Hawaii  96817
Telephone:  (808) 595-7179
Facsimile:  (808) 595-3918
email: paerj001@hawaii.rr.com

Attorney for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 17 2006

at __1__ o'clock and __20__ min __P__ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOAN JARRETT, | CIVIL NO. 06-00284 SOM-KSC |
| Plaintiff, | |
| vs. | NOTICE OF DISMISSAL WITH PREJUDICE |
| SRA ASSOCIATES, INC., | |
| Defendant. | |

NOTICE OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, by and through his undersigned attorney and, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses the above action with prejudice. Defendant has not responded.  There are no remaining issues and parties.

DATED: Honolulu, Hawaii, July 12, 2006

JOHN HARRIS PAER
Attorney for Plaintiff